IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **IAMMAN R. SAMPSON** | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | |
| | § | |
| **FRED LOYA INSURANCE COMPANY,** | § | |
| **LOYA INSURANCE GROUP,** | § | **CIVIL ACTION NO.** |
| **LOYA CASUALTY INSURANCE** | § | **4:25-CV-00794** |
| **COMPANY, UNITED SERVICES** | § | |
| **AUTOMOBILE ASSOCIATION** | § | |
| **(USAA), LIBERTY MUTUAL FIRE** | § | |
| **INSURANCE COMPANY, LYFT, INC.,** | § | |
| **FAITH ALEXANDRE, LIZ LUGO,** | § | |
| **JOHN AND JANE DOES** | § | |
| *Defendants.* | § | |

**PROPOSED ORDER ON DEFENDANT'S MOTION
TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION**

Pending before the Court is Fred Loya Insurance Company, Loya Insurance Group, Loya Casualty Insurance Company, and Liz Lugo's Motion to Dismiss for Lack of Subject-Matter Jurisdiction. (Dkt. No. 20). After reviewing the Motion, the Response (if any), the record, and the applicable law, the Court is of the opinion that it should be **GRANTED**. Therefore, it is **ORDERED** that Plaintiff's suit is dismissed without prejudice.

SIGNED ON _____, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE
